IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

SHERRI ROSE PETERSON,

    Plaintiff

v.

NANCY A. BERRYHILL,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

§
§
§
§
§
§
§
§
§
§
§

CIVIL ACTION NO.
2:17-CV-01520-MJP

[redacted] Order Awarding Attorney's Fees
pursuant to the Equal Access to Justice Act,
28 U.S.C. § 2412(d)

    Before the Court is the Motion of Plaintiff Sherri Rose Peterson, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

    IT IS HEREBY ORDERED that **attorney fees and expenses** in the total amount of Five Thousand Eight Hundred Six Dollars and Thirty-Six Cents ($5,806.36) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

The Court hereby awards EAJA fees, broken down as follows:

    1. Plaintiff is awarded 26.3 hours at $196.79 per for work performed in through 2018, hour in the amount of $5,175.58 for attorney's fees under 28 U.S.C. § 2412(d);

    2. Plaintiff is awarded 8.2 hours at $75.00 per hour for work performed in the amount of $615.00 for Paralegal services.

    3. Plaintiff is awarded $15.78 in expenses for certified mailing to effectuate service of process of Summons and Complaint.

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Edward A. Wicklund.

    300 South State Street
    Suite 420
    Syracuse, NY 13202

So ordered.

Date: 10/9/18.

Marsha J. Pechman
United States District Judge